UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Quiroz et al.,

    Plaintiffs,

–v–

Silo East Inc. et al.,

    Defendants.



18-cv-4268 (AJN)

MEMORANDUM
OPINION AND ORDER

ALISON J. NATHAN, District Judge:

On January 29, 2019, Plaintiffs sought the leave of the Court to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), and 21. Dkt. 62. Defendants are hereby ordered to inform the Court within three days of the date of this order as to whether they consent to Plaintiffs' request.

SO ORDERED.

Dated: January 30, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge