UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hector Quiroz, *et al.*,

    Plaintiffs,

—v—

Silo East Inc. d/b/a Socarrat Paella Bar, *et al.*,

    Defendant.

18-cv-4268 (AJN)

ORDER

JAN 1 0 2020

ALISON J. NATHAN, District Judge:

On July 1, 2019, the Court ordered the parties to file a joint letter proposing a summary-judgment briefing schedule within one week of their settlement conference. Dkt. No. 84. Magistrate Judge Parker has now held a settlement conference in this matter, but the parties have not yet submitted a proposed briefing schedule. They are ordered to submit a joint letter proposing a summary-judgment briefing schedule no later than January 17, 2020.

SO ORDERED.

Dated: January 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge